# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANPREET SINGH,<br><br>       Plaintiff,<br><br>    v.<br><br>DUSTIN STUBBS, et al.,<br><br>       Defendants. | Case No. 1:26-cv-04478-SAB<br><br>ORDER GRANTING MOTION FOR REMOTE APPEARANCE<br><br>(ECF No. 5) |

An initial scheduling conference is set for September 29, 2026, at 9:30 a.m. in Courtroom 9 before the undersigned.  (ECF No. 2.)  On June 17, 2026, Plaintiff filed a motion for counsel to appear virtually at the hearing.  (ECF No. 5.)  The Court's current practice is to allow parties to appear either in person or via video for such civil motions.  The Court will provide videoconference login information prior to the hearing.

Accordingly, it is HEREBY ORDERED that the motion for counsel to appear remotely for the initial scheduling conference set for September 29, 2026 is GRANTED.

IT IS SO ORDERED.

Dated:  __**June 18, 2026**__                          _____

STANLEY A. BOONE
United States Magistrate Judge

1