# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANPREET SINGH,<br>Plaintiff,<br>v.<br>DUSTIN STUBBS, et al.,<br>Defendants. | Case No. 1:26-cv-04478-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: SEPTEMBER 9, 2026** |

On June 10, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for October 16, 2026. (ECF No. 7.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, no defendant has answered[1] nor has Plaintiff filed a summons returned executed or other proof of service.

/ / /

/ / /

/ / /

/ / /

/ / /

[1] Given that Defendants are governmental entities, the Court is aware that such entities have 60 days to answer. Fed. R. Civ. P. 12(a)(3). Yet, without a summons returned executed on the docket, the Court is unable to discern if and when service occurred.

Therefore, IT IS HEREBY ORDERED that **on or before September 9, 2026**, Plaintiff shall file a status report indicating the status of service upon Defendants; whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for the Defendants to appear in this action; and/or whether Plaintiff plans to request an entry of default. In addition, the Court ADVISES that Plaintiff must comply with Fed. R. Civ. P. 4(m) and should move for an extension should it be necessary at this time.

IT IS SO ORDERED.

Dated: **September 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge