# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANPREET SINGH,<br>Plaintiff,<br>v.<br>DUSTIN STUBBS, et al.,<br>Defendants. | Case No. 1:26-cv-04478-SAB<br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br>(ECF No. 9) |

On September 2, 2026, the Court ordered Plaintiff to file a status report regarding readiness for the initial scheduling conference, currently set for September 29, 2026. (ECF No. 8.) Plaintiff timely filed a status report and summons returned executed, indicating that service was effectuated on September 3, 2026. (ECF Nos. 9, 10.) Thus, Plaintiff requests that the initial scheduling conference be continued in order to allow Defendants to appear and answer the complaint. (ECF No. 9.) The Court observes that Defendants are a United States agency, officers, or employees and are entitled to 60 days to answer the complaint. Fed. R. Civ. P. 12(a)(2).

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court CONTINUES the initial scheduling conference to **December 1, 2026, at 2:00 p.m.** The parties are DIRECTED to file a joint scheduling report **one (1) week** prior to the conference.

IT IS SO ORDERED.

Dated: **September 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge