# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANPREET SINGH,<br>Plaintiff,<br>v.<br>DUSTIN STUBBS, et al.,<br>Defendants. | Case No. 1:26-cv-04478-JLT-SAB<br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br>**DEADLINE: NOVEMBER 13, 2026** |

On June 10, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for December 1, 2026. (ECF No. 11.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, no defendant has answered.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before November 13, 2026**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for defendants to answer in this action; and/or whether Plaintiff intends to move for an entry of default.

IT IS SO ORDERED.

Dated: **November 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge