# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANPREET SINGH,<br>Plaintiff,<br>v.<br>DUSTIN STUBBS, et al.,<br>Defendants. | Case No. 1:26-cv-04478-JLT-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

The initial scheduling conference in this matter is set for December 1, 2026. (ECF No. 11.) Following an order of the Court, the parties filed status reports regarding service and readiness for the initial scheduling conference. (ECF Nos. 16, 17.) Though not completely clear, the parties seemingly agree that Defendants shall have through November 30, 2026, to file a responsive pleading.[1] The Court notes that it is the parties' responsibility to keep the Court informed and to file stipulations or motions when necessary for issues such as a responsive pleading deadline.

/ /

/ / /

/ / /

[1] Defendants characterize November 30, 2026, as the deadline for a responsive pleading given the service date; Plaintiff states that the parties have agreed to this date. Based on Defendants' declaration, (ECF No. 18), the Court construes Defendants' approach as the correct one.

In light of the foregoing, the Court CONTINUES the initial scheduling conference to **January 26, 2027, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: **November 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge